

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Double Diamond, Inc.,
Double Diamond Management
Corporation, Double Diamond
Utilities Co., Cliffs Golf, Inc.,
and Mike R. Ward,

Vs. No. 11-18-00105-CV

Dan Dipprey, Curtis Priddy,
Ken Hill, and Ken Hill Investment
Group, Inc.

\* From the 29th District Court
  of Palo Pinto County
  Trial Court No. C47833

\* January 10, 2019

\* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Willson, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.